# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 8, 2013

## NO. 03-12-00695-CV

**The State of Texas, Appellant**

**v.**

**Life Partners Holdings, Inc.; Life Partners, Inc.; Brian D. Pardo; R. Scott Peden; Advance Trust & Life Escrow Services, LTA; and Purchase Escrow Services, LLC, Appellees**

## APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
## DISMISSED -- OPINION BY JUSTICE PURYEAR

**THIS DAY** came on to be submitted to this Court appellant's motion to consolidate the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** ordered that said motion is granted, that the issues, records and documents filed in this cause number shall be consolidated into cause number 03-13-00195-CV, and that the appeal in the above cause is dismissed. It is **FURTHER** ordered that the appellant pay all costs relating to the appeal in the above cause, both in this Court and the court below; and that this decision be certified below for observance.